DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOMINIQUE BARTEET,**
Appellant,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,** d/b/a **CHRISTIANA TRUST, NOT INDIVIDUALLY, BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, GEORGE JANSSEN** a/k/a **GEORGE J. JANSSEN, UNKNOWN SPOUSE OF GEORGE J. JANSSEN** a/k/a **GEORGE J. JANSSEN, UNITED STATES OF AMERICA, BY AND THROUGH THE SMALL BUSINESS ADMINISTRATION, JANART DEVELOPMENT, LLC, FRENCHMEN'S LANDING PROPERTY OWNER'S ASSOCIATION, INC.,** and **UNKNOWN PERSON(S) IN POSSESSION OF THE SUBJECT PROPERTY,**
Appellees.

No. 4D20-2738 and 4D21-1969

[March 10, 2022]

Consolidated appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 50-2017-CA-008389-XXXX-MB.

Chance McClain of the Law Office of Chance McClain, Lake Park, for appellant.

Adam G. Schwartz of Fox McCluskey Bush Robison PLLC, Stuart, for Wilmington Savings Fund, Society, FSB, d/b/a, Christiana Trust, not individually, but solely as Trustee for Pretium Mortgage Acquisition Trust.

Robert F. Reynolds of the Law Offices of Robert F. Reynolds, P.A., Fort Lauderdale, for appellee Kathryn R. Janssen, as personal representative of the Estate of George Janssen.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and KLINGENSMITH, JJ., concur.

*        *        *

*Not final until disposition of timely filed motion for rehearing.*